### 539.   MERCER *v.* THE STATE.

A conviction of the offense of making intoxicating liquor was authorized.

DECIDED MAY 12, 1926.

Conviction of manufacture of liquor; from Jones superior court —Judge Park. January 29, 1926.

Criminal Law, 17 C. J. p. 271, n. 41.

*J. B. Jackson,* for plaintiff in error.

*J. B. Duke, solicitor-general,* contra.

LUKE, J. Will Mercer was convicted of violating the prohibition statute, and brings his case to this court for review upon the ground that the evidence did not authorize his conviction. The jury were authorized by the evidence to convict the defendant, and, this conviction having the approval of the trial judge, it was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*